DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Chevalier<br><br>Case below:<br>181 N.C. App. 150 | No. 046P07 | 1.  Def's Motion for Relief (COA06-552)<br><br>2.  Def's Motion for Appointment of Counsel<br><br>3.  Def's Motion for Relief | 1. Dismissed (05/03/07)<br><br>2. Denied (05/03/07)<br><br>3. Dismissed without prejudice to file a motion for appropriate relief in the trial court with respect to defendant's ineffective assistance of trial and appellate counsel claims (05/03/07) |
| State v. Christian<br><br>Case below:<br>178 N.C. App. 562 | No. 428P06 | 1.  Def's NOA Based Upon a Constitutional Question (COA05-958)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/08/07<br><br>3. Denied 03/08/07 |
| State v. Cragher<br><br>Case below:<br>180 N.C. App. 474 | No. 650P06 | 1.  Def's NOA Based Upon a Constitutional Question (COA05-1590)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/08/07<br><br>3. Denied 03/08/07 |
| State v. Crawford<br><br>Case below:<br>179 N.C. App. 613 | No. 574P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1086) | Denied 03/08/07 |